

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-14-00381-CR, 07-14-00382-CR

BRUNITA LILLY FRAUSTO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 64th District Court
Hale County, Texas
Trial Court Nos. A17821-0811, A17707-0807,
Honorable Robert W. Kinkaid Jr., Presiding

December 23, 2014

## ON MOTION TO DISMISS

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Brunita Lilly Frausto, appealed a judgment adjudicating her guilty of the offense of interference with child custody, and sentence of confinement for a period of eighteen months in the State Jail Division of the Texas Department of Criminal Justice. Appellant's counsel filed appellant's Motion to Dismiss Appeal on December 10, 2014.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.